IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BLACKBOARD, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 9:06-CV-00155-RHC |
| v. | § | |
| | § | JUDGE RON CLARK |
| DESIRE2LEARN, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

Before the court is Defendant Desire2Learn's generous attempt to assist the court in organizing the blizzard of paper the parties have produced since October 4, 2007.[1]  Desire2Learn has thoughtfully listed all pending dispositive motions in this case, as well as their associated responses, replies, and sur-replies.  What Desire2Learn failed to do was compute the total number of pages these motions comprise.  Including attachments, the grand total for these twenty-four documents is well over 8000 pages.[2]

Of course, this total does not include ten other motions filed during this period, including four Motions to Strike and two Motions to Compel.[3]  In fact, every time the court attempts to delve into the substantive issues of the six dispositive motions filed by the parties between

---

[1]The chart is attached to this Order.

[2]Based on an eight hour, five day work week, even if the court had devoted all of its time between October 4 and November 30 to the task, it would still have had to read more than 25 pages an hour in order to burrow through the mountain of motions generated by the parties.

[3] *See* Docs. # 119, 121, 135, 137, 140, 141, 146, 168, 169, and 181.  One of these motions requested expedited briefing.

October 4 and October 22[4], it is almost immediately distracted by another discovery dispute[5] or

petty squabble over page limits[6].

Therefore, in order to secure the just, speedy and inexpensive determination of this action

pursuant to Fed. R. Civ. P. 1, the court will deny all pending motions for summary judgment.

Counsel on both sides are certainly skillful enough to focus the jury's attention on the key issues

at trial, where the main disputes between the parties can be fully aired.  Disposing of these

motions in this manner will also free the court to devote the necessary time and attention to the

pre-trial motions which will almost certainly be forthcoming, as well as the still-pending Motions

to Strike and Compel.

IT IS THEREFORE ORDERED that the following motions are DENIED:

1.      Blackboard's Motion For Partial Summary Judgment on Desire2Learn's Third
        Affirmative Defense of Express or Implied License/Patent Exhaustion **[Doc. #
        118]**;

2.      Blackboard's Motion For Partial Summary Judgment on Desire2Learn's
        Affirmative Defense and Counterclaim of Inequitable Conduct **[Doc. # 124]**;

---

[4]This total excludes a seventh dispositive motion filed by Desire2Learn and struck per
court order for exceeding the sixty page limit for dispositive motions. *See* Doc. # 148.

[5]*See* Doc. # 164 (granting Blackboard's Motion to Compel **[Doc. # 140]**); Doc. # 181 (yet
another Motion to Compel filed by Blackboard on November 27).

[6]For an entertaining example, *see* Blackboard's recent Motion to Strike For Exceeding the
Page Limits **[Doc. # 169]**.  After having successfully argued on a previous occasion that
Desire2Learn's final Motion For Summary Judgment should be struck for exceeding the page
limits, because a prior filing in which Desire2Learn included both a dispositive motion and a
response to one of Blackboard's dispositive motions should be treated as a motion, Blackboard
later attempted to convince the court that the same document should now be treated as a response
for purposes of the page limit on responses to dispositive motions.  The court declined to accept
this creative argument.  *See* Doc. # 172.

3.       Desire2Learn's Cross-Motion For Summary Judgment of License and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) For Lack of Subject Matter Jurisdiction [**Doc. # 126**];

4.       Desire2Learn's Motion For Summary Judgement on Unenforceability of U.S. Patent No. 6,988,138 [**Doc. # 127**];

5.       Desire2Learn's Motion For Summary Judgment on Invalidity of U.S. Patent No. 6,988,138 [**Doc. # 129**]; and

6.       Blackboard's Motion For Partial Summary Judgment on its Claims of Direct and Indirect Infringement of Claim 36 of the '138 Patent [**Doc. # 130**].

So **ORDERED** and **SIGNED** this **3**   day of **December, 2007.**

_____

Ron Clark, United States District Judge

| Inequitable Conduct/Unenforceability Dispositive Motions | Filing Date and Time | Docket Number |
|---|---|---|
| Blackboard Inc.'s Motion for Partial Summary Judgment on Desire2Learn's Affirmative Defense and Counterclaim of Inequitable Conduct | October 18, 2007 at 6:53 PM CDT | Doc. No. 124 |
| • Desire2Learn's Response Opposing Blackboard's Motion for Partial Summary Judgment on Desire2Learn's Affirmative Defense and Counterclaim of Inequitable Conduct and Request for Oral Argument | November 2, 2007 at 5:29 PM CDT | Doc. No. 144 |
| • Blackboard's Reply Memorandum in Support of Its Motion for Partial Summary Judgment on Desire2Learn's Affirmative Defense and Counterclaim of Inequitable Conduct | November 13, 2007 at 7:53 PM CST | Doc. No. 160 |
| • Desire2Learn's Surreply Opposing Blackboard's Motion for Partial Summary Judgment on Desire2Learn's Affirmative Defense and Counterclaim of Inequitable Conduct and Request for Oral Argument, | November 21, 2007 at 12:29 PM CST | Doc. No. 178 |
| | | |
| Desire2Learn's Motion for Summary Judgment on Unenforceability of U.S. Patent No. 6,988,138 | October 19, 2007 at 7:31 PM CDT | Doc. No. 127 |
| • Blackboard's Memorandum in Response to Desire2Learn's Motion for Summary Judgment of Unenforceability of U.S. Patent No. 6,988,138 | November 5, 2007 at 5:43 PM CST | Doc. No. 147 |
| • Desire2Learn's Reply in Support of Its Motion for Summary Judgment on Unenforceability of U.S. Patent No. 6,988,138 and Request for Oral Argument | November 13, 2007 at 10:16 PM CST | Doc. No. 162 |
| • Blackboard's Surreply in Opposition to Desire2Learn's | November 19, 2007 at 4:42 PM CST | Doc. No. 175 |

| | | |
|---|---|---|
| Motion for Summary Judgment of Unenforceability of U.S. Patent No. 6,988,138 | | |
| | | |
| **Licensing/12(b)(1) Dispositive Motions** | *Filing Date and Time* | *Docket Number* |
| Blackboard's Motion for Partial Summary Judgment on Desire2Learn's Third Affirmative Defense of Express or Implied License/Patent Exhaustion | October 4, 2007 at 4:28 PM CDT | Doc. No. 118 |
| • *Desire2Learn's: (1) Response to Blackboard's Motion for Partial Summary Judgment on Desire2Learn's Third Affirmative Defense of Express or Implied License/Patent Exhaustion*; (2) Cross-Motion for Summary Judgment of License; and (3) Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) for Lack of Subject Matter Jurisdiction | October 19, 2007 at 2:09 PM CDT | Doc. No. 126 |
| • Blackboard's Reply Memorandum in Support of Its Motion for Partial Summary Judgment on Desire2Learn's Third Affirmative Defense of Express or Implied License/Patent Exhaustion, | October 31, 2007 at 3:28 PM CDT | Doc. No. 142 |
| • Desire2Learn's Surreply to Blackboard's Motion for Partial Summary Judgment on Desire2Learn's Third Affirmative Defense of Express or Implied License/Patent Exhaustion, | November 7, 2007 at 5:01 PM CST | Doc. No. 152 |
| | | |
| *Desire2Learn's*: (1) Response to Blackboard's Motion for Partial Summary Judgment on Desire2Learn's Third Affirmative Defense of Express or Implied License/Patent Exhaustion; *(2) Cross-Motion for Summary Judgment of License; and (3) Motion* | October 19, 2007 at 2:09 PM CDT | Doc. No. 126 |

| | | |
|---|---|---|
| _to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) for Lack of Subject Matter Jurisdiction_ | | |
| • Blackboard's Memorandum in Response to Desire2Learn's Cross-Motion for Summary Judgment of License and Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(1) | November 5, 2007 at 4:52 PM CST | Doc. No. 145 |
| • Desire2Learn's Reply in Support of Its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) for Lack of Subject Matter Jurisdiction and Its Motion for Summary Judgment of License | November 13, 2007 at 5:24 PM CST | Doc. No. 159 |
| • Blackboard's Sur-reply Memorandum in Opposition to Desire2Learn's Cross-Motion for Summary Judgment of License and Motion to Dismiss for Lack of Subject Matter Jurisdiction | November 19, 2007 at 4:40 PM CST | Doc. No. 174 |
| | | |
| **Invalidity Dispositive Motion** | | |
| Desire2Learn's Motion for Summary Judgment on Invalidity of U.S. Patent No. 6,988,138 | October 22, 2007 at 4:54 PM CDT | Doc. No. 129 |
| • Blackboard's Memorandum In Response to Desire2Learn's Motion for Summary Judgment on Invalidity of U.S. Patent No. 6,988,138 | November 6, 2007 at 5:34 PM CST | Doc. No. 149 |
| • Desire2Learn's Reply in Support of Its Motion for Summary Judgment on Invalidity of U.S. Patent No. 6,988,138 and Request for Oral Argument | November 14, 2007 at 4:48 PM CST | Doc. No. 165 |
| • Blackboard's Surreply in Response to Desire2Learn's Reply in Support of Its Motion for Summary Judgment on Invalidity of U.S. Patent No. | November 15, 2007 at 2:45 PM CST | Doc. No. 167 |

| 6,988,138 | | |
| | | |
| **Infringement Dispositive Motion** | *Filing Date and Time* | *Docket Number* |
| Blackboard's Motion for Partial Summary Judgment on Its Claim of Direct and Indirect Infringement of Claim 36 of the '138 Patent | October 22, 2007 at 5:20 PM CDT | Doc. No. 130 |
| • Desire2Learn's Response to Blackboard's Motion for Partial Summary Judgment on its Claim of Direct and Indirect Infringement of Claim 36 of the '138 Patent and Request for Oral Argument | November 6, 2007 at 9:09 PM CST | Doc. No. 151 |
| • Blackboard's Reply Memorandum in Support of Its Motion for Partial Summary Judgment on Its Claim of Direct and Indirect Infringement of Claim 36 of the '138 Patent | November 19, 2007 at 8:50 PM CST | Doc. No. 176 |
| • Desire2Learn's Surreply in Support of its Response to Blackboard's Motion for Partial Summary Judgment on its Claim of Direct and Indirect | November 26, 2007 at 5:41 PM CST | Doc. No. 180 |