UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: LUFKIN | § | DATE: 3/10/08 |
| | § | |
| JUDGE: RON CLARK | § | REPORTER: CHRIS BICKHAM |
| | § | |
| BLACKBOARD, INC. | § | CIVIL NO.: 9:06CV155 |
| *PLAINTIFF* | § | |
| | § | |
| DESIRE2LEARN, INC. | § | C/R DEPUTY: FAITH ANN LAURENTS |
| *DEFENDANT* | | |

Attorneys for Plaintiff:  Fay Morisseau, Mike Nadel, Dan Foster, Matt Small, Thad Heartfield
                          Chris Bright, Clay Dark
Attorneys for Defendant:  Jim Dasso, Gregory Norrod, Jonathan Spivey, Diane Lank, John Baker

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:  Motions hearing held in Beaumont. 10:05 am Court began. Court took up issues regarding interest. 10:25 am Court discussed issue of future damages and jury. Court heard further arguments regarding interest. Court heard arguments regarding injunction. 10:45 am Dr. Mark Jones, sworn and questioned by the Court. 11:00 am Court questioned Mr. Dasso. 12:00 pm Court recessed. 1:30 pm Court resumed. Dr. Keith Ugone sworn and made statements to the Courts. Discussions continued regarding interest. The Court stated on the record, findings regardings motions, interest and the Final Judgment. 2:20 pm Court and lead counsel entered chambers for sealed discussion. 2:30 pm Court recessed.  2:35 pm Court resumed. Court instructed counsel to confer regarding proper royalty.  Court gave reasons on the record regarding request for attorneys fees. Court will enter a written Judgment and Permanent Injunction. 3:10 pm Court adjourned.

DAVID J. MALAND, CLERK

/s/ Faith Ann Laurents
Deputy Clerk

TOTAL TIME:  3  hrs.  30  mins.