IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BLACKBOARD INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 9:06CV155 |
| v. | § | |
| | § | |
| DESIRE2LEARN INC., | § | JUDGE RON CLARK |
| | § | |
| *Defendant*. | § | |
| | § | |

## NOTICE OF CORRECTION

The court makes the following correction to the Judgment and Permanent Injunction [Doc. #363] entered on March 11, 2008. The deletion is in strikeout text.

Page 1, line 1-4: "This patent infringement case was tried to a jury, which found for Plaintiff Blackboard Inc. and against Defendant Desire2Learn Inc. on the issues of literal infringement, ~~infringement by equivalents~~, induced infringement, and contributory infringement of claims 36, 37, and 38 of U.S. Patent 6,988,138."

IT IS THEREFORE ORDERED that the Judgment and Permanent Injunction [Doc. #363] is amended as set forth herein.

So **ORDERED** and **SIGNED** this **12** day of **March, 2008.**

_____
Ron Clark, United States District Judge